AO 440 (Rev. 10/93) Summons in a Civil Action

ADR

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

Filed
DEC 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

CARL MATTHES  V.  COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON; 10 UNKNOWN CORRETIONAL OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL, EMPLOYED BY THE SANTA CRUZ SHERIFF'S DEPARTMENT.

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07 05559 RS

TO: (Name and address of defendant)

(SEE ATTACHED LIST)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATE WELLS, ESQ.
2600 FRESNO STREET
SANTA CRUZ, CA 95062
(831) 479-4475

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE  OCT 3 1 2007

**ATTACHMENT TO SUMMONS**

*Matthes v. County of Santa Cruz, et al.*

1. County of Santa Cruz
   701 Ocean Street, 5th Floor
   Santa Cruz, CA 95060

2. SHERIFF STEVE ROBBINS
   c/o Sheriff's Department
   701 Ocean Street, 3rd Floor
   Santa Cruz, CA 95060

3. LT. PAYNE
   c/o Santa Cruz County Jail
   259 Water Street
   Santa Cruz, CA 95060

4. LT. WILSON
   c/o Santa Cruz County Jail
   259 Water Street
   Santa Cruz, CA 95060

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE  LT. WILSON

| | DATE 12/12/07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) CORAL BRUNE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SUBSTITUTED SERVICE ON TRACY SWART, RECORDS CLERK SHERIFF'S DEPT., 701 OCEAN ST, S.C., CAL   MAILED COPY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $15.00 | TOTAL $15.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-12-07
Date

Signature of Server: Coral L. Brune

Address of Server: 1760 B 44th Capitola, Ca 95010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE SHERIFF ROBBINS | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/12/07 |
| NAME OF SERVER (PRINT) CORAL BRUNE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SUBSTITUTED SERVICE ON TRACY SWART, RECORDS CLERK, SHERIFF'S DEPARTMENT 701 OCEAN S.C., CA. MAILED A COPY TO SHERIFF ROBBINS

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $15.00 | TOTAL $15.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-12-07
Date

Signature of Server: Coral L. Brune

Address of Server: 1760B 44th Ave. Capitola, Ca

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 [Rev. 10/93] Summons in a Civil Action

| | RETURN OF SERVICE LT. PAYNE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | DATE 12/12/07 |
| NAME OF SERVER (PRINT) CORAL BRUNE | | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SUBSTITUTED SERVICED ON TRACY SWART, RECORDS CLERK, SHERIFF'S DEPARTMENT, 701 OCEAN, S.C., CA   MAILED COPY TO LT. PAYNE.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $15.00 | TOTAL $15.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-12-07
Date

Signature of Server: Coral L. Brune

Address of Server: 1760B 44th Ave. Capitola CA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

| | |
|---|---|
| RETURN OF SERVICE **COUNTY OF SANTA CRUZ** | |
| Service of the Summons and Complaint was made by me[1] | DATE 12/12/07 |
| NAME OF SERVER (PRINT) **CORAL BRUNE** | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **SUBSTITUDED SERVICE. SERVED ALICIA MURILLO, DEPUTY COUNTY CLERK. 701 OCEAN ST. S.C., CA.**

### STATEMENT OF SERVICE FEES

| TRAVEL -0- | SERVICES $15.00 | TOTAL $15.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-12-07
Date

Signature of Server: Coral L. Brune

Address of Server: 1760B 44th Ave. Capitola, Ca 95010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.