DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

**Attorneys for Defendants County of Santa Cruz Sheriff Steve Robbins, Lt. Robert Payne, and Lt. Craig Wilson**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| CARL MATTHES, | Case No. C07-05559 RS |
|---|---|
| Plaintiff, | |
| v. | **ANSWER OF DEFENDANTS COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS, LT. ROBERT PAYNE, AND LT. CRAIG WILSON** |
| COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON; 10 UNKNOWN CORRECTIONAL OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED BY THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Defendants County of Santa Cruz, Sheriff Steve Robbins, Lt. Robert Payne, and Lt. Craig Wilson (hereinafter "defendants") answer the complaint of Carl Matthes (the "complaint") as follows:

1. Answering the allegations in the first paragraph of the complaint, defendants admit that this Court has jurisdiction over this action.

2. Answering the allegation in the second and third paragraphs of the complaint, defendants admit them.

3. Answering the allegations in the fourth paragraph of the complaint, defendants admit the allegations in the first sentence. Defendants deny the allegations in the second and third sentences.

4. Answering the allegations in the fifth paragraph of the complaint, defendants deny them to the extent they can be read to implicate defendants with any wrongdoing or violation of law.

5. Answering the allegations in the sixth paragraph of the complaint, defendants object on the grounds that they are argumentative. Defendants admit that plaintiff was arrested and transported to the County jail on or about November 8, 2005. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph, and on that basis deny them.

6. Answering the allegations in the seventh, eighth, ninth, tenth, eleventh, twelfth, and thirteenth paragraphs of the complaint, defendants object on the grounds that they are argumentative. Defendants lack sufficient information to admit or deny the allegations in these paragraphs, and on that basis deny them. Defendants deny all allegations in these paragraphs to the extent they can be read to implicate defendants with any wrongdoing or violation of law.

7. Answering the allegations in the fourteenth paragraph of the complaint, defendants admit that plaintiff was released from jail on or about November 18, 2005. Defendants lack sufficient information to admit or deny the remaining allegations in the first, second, third, and fourth sentences and on that ground deny them. Defendants deny the allegations in the fifth sentence of this paragraph.

8. Answering the allegations in the fifteenth paragraph of the complaint, defendants incorporate the information set forth in paragraphs 1 through 7, above.

9. Answering the allegations in the sixteenth, seventeenth, and eighteenth paragraphs of the complaint, defendants deny them.

10. Answering the allegations in the nineteenth paragraph of the complaint, defendants admit that they have a constitutional duty to provide medical care to pretrial detainees. Except as expressly admitted herein, defendants deny the remaining allegations in this paragraph.

11. Answering the allegations in the twentieth paragraph of the complaint, defendants deny them.

## SEPARATE DEFENSES

**SEPARATE DEFENSE NO. 1**: The complaint and each cause of action therein fail to allege facts sufficient to constitute a cause of action.

**SEPARATE DEFENSE NO. 2**: Defendants did not act with malicious intent and did not deprive plaintiff of any right, privilege, or immunity guaranteed by the Constitution or laws of the United States.

**SEPARATE DEFENSE NO. 3**: Defendants assert that insofar as their alleged liability is based upon their status as employers or supervisors, they are not liable for damages under the doctrine of respondeat superior.

**SEPARATE DEFENSE NO. 4**: The individual defendants are entitled to qualified immunity. The individual defendants acted at all times herein in good faith, with due care, within the scope of discretion, and pursuant to laws, regulations, rules, and practices reasonably believed to be in accordance with the Constitution and laws of the United States. There is no liability pursuant to the Federal Civil Rights Act where one acts in good faith and entertains an honest, reasonable belief that one's actions are in accord with the clearly established law. (*Harlow* v. *Fitzgerald* (1982) 457 U.S. 800, 818.)

**SEPARATE DEFENSE NO. 5**: The complaint fails to state a cause of action against answering defendant County of Santa Cruz because, pursuant to *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658, there can be no recovery for a federal civil rights violation where there is no constitutional deprivation pursuant to governmental custom or policy.

**SEPARATE DEFENSE NO. 6**: Because the Complaint is couched in conclusory terms, defendant cannot fully anticipate all affirmative defenses that may be applicable to this matter. Accordingly, the right to assert separate affirmative defenses, if and to the extent such affirmative defenses are applicable, is hereby reserved.

WHEREFORE, defendants County of Santa Cruz, Sheriff Steve Robbins, Lt. Robert Payne, and Lt. Craig Wilson pray as follows:

1. That judgment be entered in favor of defendants and against plaintiff on the complaint as a whole, and each cause of action therein, and that plaintiff take nothing by way of the complaint;

2. That the complaint, and each cause of action therein, be dismissed with prejudice;

3. That defendant be awarded the costs, expenses and attorney fees incurred in this action; and

4. That the court grant such additional relief as it deems proper.

Dated: December 20, 2007    DANA McRAE, COUNTY COUNSEL

By: _____/S/_____
JASON M. HEATH
Assistant County Counsel
**Attorneys for Defendants County of Santa Cruz, et al.**

## **DEMAND FOR JURY TRIAL**

Defendants County of Santa Cruz, Sheriff Steve Robbins, Lt. Robert Payne, and Lt. Craig Wilson hereby demand a trial by jury in this case.

Dated: December 20, 2007    DANA McRAE, COUNTY COUNSEL

By: _____/S/_____
JASON M. HEATH
Assistant County Counsel
**Attorneys for Defendants County of Santa Cruz, et al.**