1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2040
   Fax: (831) 454-2115

**Attorneys for Defendants County of Santa Cruz
Sheriff Steve Robbins, Lt. Robert Payne, and Lt. Craig Wilson**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| CARL MATTHES, | Case No. C07-05559 RS |
|---|---|
| Plaintiff, | **DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON; 10 UNKNOWN CORRECTIONAL OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED BY THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

Defendants County of Santa Cruz, et al., hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: December 20, 2007         DANA McRAE, COUNTY COUNSEL

                                 By: _____/S/_____
                                     JASON M. HEATH
                                     Assistant County Counsel
                                     **Attorneys for Defendants County of Santa Cruz, et al.**