1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**CARL MATTHES,**                                         **C 07-05559 RS**

                          **Plaintiff(s),**         **CLERK'S NOTICE OF**
                                                    **IMPENDING REASSIGNMENT**
                                                    **TO A UNITED STATES**
**VS.**                                             **DISTRICT JUDGE**

**COUNTY OF SANTA CRUZ, ET AL ,**

                          **Defendant(s).**
_____

        The Clerk of this Court will now randomly reassign this case to a United

States District Judge because one or more of the parties has requested reassignment to

a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

        PLEASE TAKE NOTICE that a Case Management Conference in the above-

entitled matter which was previously set for February 20, 2008 before the Honorable

Judge Richard Seeborg has been continued to **February 22, 2008 @ 10:30 a.m.,** before

the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the

U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a

Joint Case Management Statement on February 12, 2008.

        If the above-entitled matter settles counsel are required to notify the Court

by contacting the Courtroom Deputy at (408) 535-5166, to take this matter off

calendar.

Dated: December 20, 2007              RICHARD W. WIEKING,
                                      Clerk of Court

                                      /s/_____
                                      Martha Parker Brown
                                      Deputy Clerk