1 | DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
2 | JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
3 | 701 Ocean Street, Room 505
Santa Cruz, California 95060
4 | Telephone: (831) 454-2040
Fax: (831) 454-2115
5

6 | **Attorneys for Defendants County of Santa Cruz**
**Sheriff Steve Robbins, Lt. Robert Payne, and Lt. Craig Wilson**
7

8 | KATE WELLS, State Bar No. 105071
Attorney at Law
9 | 2600 Fresno Street
Santa Cruz, California 95062
10 | Telephone: (831) 479-4475
Facsimile: (831) 479-4476
11 | Email: lioness@got.net

12 | **Attorney for Plaintiff, Carl Matthes**

13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16 | E-FILED CASE

| | |
|---|---|
| CARL MATTHES, | Case No. C07-05559 JF |
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON; 10 UNKNOWN CORRECTIONAL OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED BY THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, | Date:  February 22, 2008
Time:  10:30 a.m.
Ctrm:  3 |
| Defendants. | |

*Matthes v. County of Santa Cruz, et al.*          Joint CMC Statement
Case No. C07-05559 RS
-1-

1  Defendants County of Santa Cruz, et al., and plaintiff Carl Matthes jointly submit this Case
2  Management Conference Statement.

3  **DESCRIPTION OF THE CASE**

4  1.  <u>A Brief Description Of The Events Underlying The Action</u>:  Plaintiff Carl Matthes
5  was in the Santa Cruz County Main Jail from November 8, 2005 to November 18, 2005.  Plaintiff
6  alleges that defendants were aware of plaintiff's serious medical needs and deliberately ignored
7  those needs and failed to provide him with adequate medical care during his stay at the jail and that
8  he suffered damages as a result.

9  2.  <u>The Principal Factual Issues Which The Parties Dispute</u>:  The parties agree plaintiff
10  was at the Main Jail from November 8, 2005 to November 18, 2005.  At this point, the parties
11  disagree as to all principal facts beyond that, including but not limited to the health of plaintiff
12  during the relevant time period, communications between plaintiff and defendants regarding
13  plaintiff's health, the adequacy of any health care that plaintiff received while in the Main Jail during
14  the relevant time period, and the results of plaintiff's health care during the relevant time period.  In
15  short, all facts as to liability and damages are disputed.

16  3.  <u>The Principal Legal Issues Which The Parties Dispute</u>:  Plaintiff's complaint contains
17  one cause of action for violation of civil rights under 42 U.S.C., section 1983 (Fifth and Fourteenth
18  Amendments).  The parties agree that this Court has jurisdiction over this case and that venue is
19  proper in this Court.  All legal issues as to liability and damages are contested at this point, including
20  whether or not the individual defendants are entitled to qualified immunity and whether or not the
21  County is liable under *Monell.*

22  4.  <u>Other Factual Issues Which Remain Unresolved</u>:  The parties do not know of any
23  unresolved factual issues that can be brought before the Court for resolution at this time.

24  5.  <u>The Parties Who Have Not Been Served And The Reasons</u>:  All parties have been
25  served, with the exception of those defendants identified as "10 UNKNOWN CORRECTIONAL
26  OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED
27  BY THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT."  Plaintiff will serve the
28

1  additional officers or other jail personnel when their identities are ascertained pursuant to FRCP 26
2  disclosures and discovery.

3      6.    <u>Additional Joinder Of Parties</u>:  The parties do not expect to add any parties to this
4  lawsuit.

5      7.    <u>Consent To Assignment To A United States Magistrate Judge</u>:  This case has been
6  reassigned to the Hon. Jeremy Fogel and the parties request that the case remain with Judge Fogel.

7  **ALTERNATIVE DISPUTE RESOLUTION**

8      8.    <u>Stipulation</u>:  The parties are open to mediation and amenable to an early settlement
9  conference with a Magistrate Judge.

10      9.    <u>Other Information</u>:  County Counsel for the County of Santa Cruz may be substituting
11  out of this case as the attorney for defendants in the near future.

12  **DISCLOSURES**

13      10.    <u>The Parties Certify That They Have Made The Following Disclosures</u>:  The parties
14  have not yet made their initial disclosures, but plan to make them by close of business on February
15  15, 2008.

16  **DISCOVERY**

17      11.    <u>The Parties Agree To The Following Discovery Plan</u>:  The parties plan to serve each
18  other with interrogatories, requests for production of documents, and requests for admission in
19  numbers consistent with the Federal Rules of Civil Procedure.  The parties intend to take depositions
20  of relevant party and non-party witnesses and conduct whatever expert discovery is necessary
21  consistent with court-ordered disclosure dates.  The parties propose the following discovery dates:

22      <u>Proposed Date for Disclosure of Expert Witnesses</u>:    October 1, 2008
23      <u>Proposed Date for Supp. Disclosure of Expert Witnesses</u>:    October 15, 2008
24      <u>Proposed Discovery Cut-Off Date (All Discovery)</u>:    November 14, 2008
25  ///
26  ///
27  ///
28  ///

1 **TRIAL SCHEDULE**

2     12.    <u>The Parties Request Trial and Trial-Related Dates As Follows</u>:

3     <u>Law and Motion Cut Off  (Last Day For Hearing)</u>:    January 30, 2009

4     <u>Final Pretrial Conference</u>:    February 27, 2009

5     <u>Trial</u>:    March 30, 2009

6     13.    <u>Anticipated Length Of Trial</u>:  Four days.

9 Dated: February 11, 2008    DANA McRAE, COUNTY COUNSEL

11     By: _____/S/_____
    JASON M. HEATH
    Assistant County Counsel
12     **Attorneys for Defendants**

15 Dated: February 11, 2008    By: _____/S/_____
    KATE WELLS
16     **Attorney for Plaintiff**