1  Clyde A. Thompson, SBN 72920
   HAAPALA, ALTURA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:  510-763-2324
   Fax:  510-273-8570
4

5  Attorneys For Defendants
   COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS,
6  LT. ROBERT PAYNE and LT. CRAIG WILSON

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10 CARL MATTHES,                        ) Case No.: C07-05559 JF (RS)
                                        )
11         Plaintiff,                   ) **SUBSTITUTION OF ATTORNEYS**
                                        )
12     vs.                              )
                                        )
13 COUNTY OF SANTA CRUZ; SHERIFF        )
   STEVE ROBBINS; LT. PAYNE; LT.        )
14 WILSON; 10 UNKNOWN CORRECTION        )
   OFFICERS AND OTHER PERSONNEL AT      )
15 THE SANTA CRUZ COUNTY JAIL           )
   EMPLOYED BY THE SANTA CRUZ           )
16 SHERIFF'S DEPARTMENT,                )
                                        )
17         Defendants.                  )
                                        )
18

19     PLEASE TAKE NOTICE THAT the law firm of Haapala, Altura, Thompson, and

20 Abern, has been substituted as attorney of record for defendants COUNTY OF SANTA CRUZ,

21 SHERIFF STEVE ROBBINS, LT. ROBERT PAYNE, AND LT. CRAIG WILSON, in this

22 action in place of County Counsel, County of Santa Cruz.

23 Dated: February 11, 2008          DANA McRAE, COUNTY COUNSEL

24
                                     By: _____
25                                        JASON M. HEATH
                                          Assistant County Counsel
26                                        **Former Attorneys for Defendants**
                                          **County of Santa Cruz, et al.**
27 /

28 /

---

1

*Matthes v. County of Santa Cruz, et al./Case #C07-05559 JF (RS)*
Substitution Of Attorneys

1    PLEASE TAKE FURTHER NOTICE that the undersigned hereby appears in this action
2 as attorney for COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS, LT. ROBERT
3 PAYNE, AND LT. CRAIG WILSON, the defendants herein, and request that all papers in
4 connection therewith be served upon him.  The individual attorney, at the undersigned firm,
5 responsible for the litigation is Clyde A. Thompson.  All future correspondence, pleadings, etc.,
6 should be directed/served on the law offices of, Haapala, Altura, Thompson & Abern, LLP,
7 1939 Harrison Street, Suite 800, Oakland, California, 94612, (Telephone 510/763-2324;
8 Facsimile 510/273-8570).

Dated:  February 11, 2008

HAAPALA, ALTURA,
THOMPSON & ABERN, LLP


By:   /s/ Clyde A. Thompson
        Clyde A. Thompson
        New Attorneys Of Record For Defendants
        COUNTY OF SANTA CRUZ, SHERIFF STEVE
        ROBBINS, LT. ROBERT PAYNE, and
        LT. CRAIG WILSON

2

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Substitution Of Attorneys