UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 22, 2008
**Case Number:** CV-07-5559-JF/RS
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:       CARL MATTHES V. COUNTY OF SANTA CRUZ, ET AL

PLAINTIFF                                    DEFENDANT

Attorneys Present: Kate Wells              Attorneys Present: Clyde Thompson

PROCEEDINGS:
Case management conference held. Parties are present. Continued to 6/20/08 at 10:30 a.m. for further case management conference. The case is referred to Magistrate Judge Seeborg for settlement conference.