1  Clyde A. Thompson, SBN 72920
   HAAPALA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:   510-763-2324
   Fax:   510-273-8570
4

5  Attorneys For Defendants
   COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS,
6  LT. ROBERT PAYNE and LT. CRAIG WILSON

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10 | CARL MATTHES, | ) Case No.: C07-05559 JF (RS) |
   | Plaintiff, | ) **NOTICE OF FIRM NAME CHANGE** |
   | vs. | ) |
   | COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON; 10 UNKNOWN CORRECTION OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED BY THE SANTA CRUZ SHERIFF'S DEPARTMENT, | ) |
   | Defendants. | ) |

19    PLEASE TAKE NOTICE that as of March 1, 2008, the name of the law firm of

20 HAAPALA, ALTURA, THOMPSON & ABERN, LLP, has changed to HAAPALA,

21 THOMPSON & ABERN, LLP.  The address, telephone number and facsimile number will

22 remain the same.

23 Dated: March 3, 2008        HAAPALA, THOMPSON & ABERN, LLP

24

25
                  By:   /s/ Clyde A. Thompson
26                      Clyde A. Thompson
                        Attorneys For Defendants
27                      COUNTY OF SANTA CRUZ, SHERIFF STEVE
                        ROBBINS, LT. ROBERT PAYNE and
28                      LT. CRAIG WILSON

1

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Notice of Firm Name Change

[Left margin: Haapala, Thompson & Abern LLP, Attorneys At Law, Park Plaza Building, 1939 Harrison St., Suite 800, Oakland, California 94612, Telephone: 510-763-2324, Facsimile: 510-273-8570]