**E-filed 5/9/08**

KATE WELLS, State Bar #107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476
Email: lioness@got.net

Attorney for Plaintiff, CARL MATTHES

CLYDE A. THOMPSON, State Bar # 72920
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Telephone: (510) 763-2324
Facsimile: (510) 273-8570

Attorney for Defendants, COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS, LT. PAYNE, and LT. WILSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**E-FILED CASE**

| | |
|---|---|
| CARL MATTHES, | **NO. C07-05559 JF** |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR ORDER CONTINUING THE DATE FOR THE CASE MANAGEMENT CONFERENCE** |
| COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON 10 UNKNOWN CORRECTIONAL OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED BY THE SANTA CRUZ SHERIFF'S DEPARTMENT, | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby agree and stipulate to continue the date for the case management conference in the above referenced matter

STIPULATION AND REQUEST FOR ORDER CONTINUING DATE FOR CMC
*Matthes v, County of Santa Cruz, et al.* Case No.C07-05559 RS

1

1  from June 20, 2008, to September 5, 2008 at 10:30 a.m. in Courtroom 3, 5th Floor of the
2  courthouse at 280 South First Street, San Jose, California 95113..
3      Good cause exists for the continuance in that the parties have agreed to an early
4  settlement conference with Magistrate Seeborg to be completed before the next case
5  management conference; and the parties have been unable to schedule said conference
6  due to conflicting schedules and the limited dates on which Magistrate Seeborg is
7  available.  Additionally, in order for the settlement conference to be meaningful, it is
8  necessary that the parties have in their possession all of plaintiff's extensive medical
9  records and the parties are still in the process of gathering said records.
10     **IT IS SO STIPULATED**:

LAW OFFICE OF KATE WELLS

Dated: 4/30/08        By: _____/s/_____
                          KATE WELLS
                          Attorney for Plaintiff, CARL MATTHES


HAAPALA, ALTURA, THOMPSON & ABERN, LLP


Dated: 4/30/08        By: _____/s/_____
                          CLYDE A. THOMPSON
                          Attorney for Defendants, COUNTY OF SANTA
                          CRUZ, SHERIFF STEVE ROBBINS, LT. PAYNE,
                          and LT. WILSON

///
///
///

STIPULATION AND REQUEST FOR ORDER CONTINUING DATE FOR CMC
*Matthes v, County of Santa Cruz, et al.* Case No.C07-05559 RS

1  ///

2  ///

## ORDER (BY STIPULATION)

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

The date for the case management conference is continued from June 20, 2008, to September 5, 2008, at 10:30 a.m.

Dated:  5/9/08

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND REQUEST FOR ORDER CONTINUING DATE FOR CMC
*Matthes v, County of Santa Cruz, et al.* Case No.C07-05559 RS

3