1  Clyde A. Thompson, SBN 72920
   HAAPALA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:   510-763-2324
   Fax:   510-273-8570
4

5  Attorneys For Defendants
   COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS,
6  LT. ROBERT PAYNE and LT. CRAIG WILSON

7  KATE WELLS, State Bar 107051
   Attorney at Law
8  2600 Fresno Street
   Santa Cruz, California  95062
9  Tel:    (831) 479-4475
   Fax:    (831)  479-4476
10

11 Attorney for Plaintiff, CARL MATTHES

12                    UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

14 CARL MATTHES,                       )   Case No.: C07-05559 JF (RS)
                                       )
15         Plaintiff,                  )   **STIPULATION AND REQUEST FOR**
                                       )   **ORDER CONTINUING DATE FOR CASE**
16    vs.                              )   **MANAGEMENT CONFERENCE**
                                       )
17 COUNTY OF SANTA CRUZ; SHERIFF       )   **Current CMC:        September 5, 2008**
   STEVE ROBBINS; LT. PAYNE; LT.       )
18 WILSON; 10 UNKNOWN CORRECTION       )
   OFFICERS AND OTHER PERSONNEL AT     )
19 THE SANTA CRUZ COUNTY JAIL          )
   EMPLOYED BY THE SANTA CRUZ          )
20 SHERIFF'S DEPARTMENT,               )
                                       )
21         Defendants.                 )
                                       )
22

23         The parties, by and through their counsel of record, hereby agree and stipulate to

24 continue the date of the case management conference in the above referenced matter from

25 September 5, 2008 to October 31, 2008, at 10:30 a.m., in Courtroom 3, 5th Floor, of the

26 courthouse at 280 South First Street, San Jose, California, 95113.

27         This is the second request for a continuance of the case management conference. Good

28 cause exists for this second continuance because the parties have had difficulty obtaining release

1

*Matthes v. County of Santa Cruz, et al.*/Case #C07-05559 JF (RS)
Stipulation And Request For Order Continuing Date For Case Management Conference

1  of all of the plaintiff Carl Matthes' medical records. The parties are attempting to schedule a

2  settlement conference with Judge Seeborg, and the agreed date for the settlement conference is

3  now September 12, 2008.

4      Mr. Matthes is claiming denial of medical care while in custody at the Santa Cruz

5  County Jail. His medical history is extensive and complex. He has on-going medical care at

6  Stanford Medical Center that includes a request for a liver transplant. Receipt of the Stanford

7  records is important to an analysis of plaintiff's claims. The request for the records of Stanford

8  Medical Center has been pending since April 29, 2008.

9      Plaintiff's counsel, Kate Wells, is unavailable the month of August for a settlement

10  conference.

11      The next available settlement conference date on Judge Seeborg's calendar that also

12  accommodates Ms. Wells, defense counsel, and necessary risk management representatives for

13  the County of Santa Cruz defendants is September 12, 2008.

14      The additional brief continuance of the next case management conference will allow the

15  parties time to complete an appropriate assessment of the medical claims and defenses, and

16  therefore have a meaningful settlement conference with Judge Seeborg.

17  Dated: July 3, 2008    LAW OFFICE OF KATE WELLS

18

19      By:  /s/ Kate Wells*
20      Kate Wells
    Attorney For Plaintiff
    *Ms. Wells provided her consent that this
21      Stipulation be filed

22  Dated: July 3, 2008    HAAPALA, THOMPSON & ABERN, LLP

23

24      By:  /s/ Clyde A. Thompson
    Clyde A. Thompson
25      Attorneys For Defendants
    COUNTY OF SANTA CRUZ, SHERIFF STEVE
26      ROBBINS, LT. ROBERT PAYNE and
    LT. CRAIG WILSON

27

28  /

2

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Stipulation And Request For Order Continuing Date For Case Management Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1 **ORDER**

2     GOOD CAUSE appearing therefor, it is hereby ordered that the date for the case

3 management conference is continued from September 5, 2008 to October 31, 2008.

4 Dated:

5

6                             Honorable Jeremy Fogel
                            Judge Of The United States District Court