**HAAPALA, THOMPSON & ABERN, LLP**
ATTORNEYS AT LAW

JOHN E. HAAPALA
CLYDE A. THOMPSON
STEVEN SHERIFF ABERN
AARON F. MACLEITCH
REBECCA S. WIDEN

PARK PLAZA BUILDING
1939 HARRISON STREET, SUITE 800
OAKLAND, CALIFORNIA 94612-3527
———
TELEPHONE: (510) 763-2324
FACSIMILE: (510) 273-8570
E-MAIL: cthompson@htalaw.com
www.htalaw.com

ANDREA A. NAJOR
BENJAMIN A. THOMPSON
NICHOLAS ALOIA
JOHN C. WON
STEPHANIE A. YEE
———
JUDITH B. ALTURA, OF COUNSEL
JODY STRUCK, OF COUNSEL

July 8, 2008

Via Electronic Filing

Honorable Richard Seeborg
Magistrate Judge Of The United States District Court
280 South 1st Street
San Jose, California 95113

Re:   Matthes v. County of Santa Cruz, et al.
      Court Case Number C07-05559 JF (RS)

Dear Judge Seeborg:

This correspondence is written on behalf of both counsel for plaintiff and defendants. The parties are interested in a settlement conference before substantial discovery is completed and the case is scheduled for trial. Judge Fogel has asked you to conduct the settlement conference.

After contacting Ms. Bernie Kundel and discussions amongst counsel, we have agreement that Friday September 12, 2008 at 9:30 a.m. is mutually acceptable for all concerned for a settlement conference.

On behalf of the individual Sheriff's Office defendants we request that they be excused from personal attendance. The individual defendants are Sheriff Steve Robbins, Lieutenant Robert Payne, and Lieutenant Craig Wilson. The current public safety demands in Santa Cruz County have increased with the devastating fires that have recently occurred and are expected, unfortunately, to continue to present major challenges for law enforcement through the summer and into the fall.

Mr. Matthes' claim in this case is for deliberate indifference to his medical needs while in custody. Without elaborating, Sheriff Robbins and the two Santa Cruz County Jail Commanders, did not directly participate in the day to day dispensing of medical care to inmate Matthes.

A risk management representative with authority to negotiate on behalf of all defendants will be in personal attendance. Final approval for any proposed settlement requires Board of Supervisor consideration and approval.

Honorable Richard Seeborg
Re:   Matthes v. County of Santa Cruz, et al.
7/8/08
Page 2

Thank you for your assistance with scheduling this conference and considering our request to excuse Sheriff's Office management staff from personal attendance at the settlement conference.

                                                   Very truly yours,

                                                   HAAPALA, THOMPSON & ABERN, LLP

                                                   Clyde A. Thompson
                                                 (Direct Dial 510-550-8557)

CAT:

cc:     Kate Wells
        Jason Heath, Deputy County Counsel
        Ken Maiolini
        Margo Berkowitz