**E-filed 7/8/08**

Clyde A. Thompson, SBN 72920
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8570

Attorneys For Defendants
COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS,
LT. ROBERT PAYNE and LT. CRAIG WILSON

KATE WELLS, State Bar 107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California  95062
Tel:   (831) 479-4475
Fax:  (831) 479-4476

Attorney for Plaintiff, CARL MATTHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CARL MATTHES, | Case No.: C07-05559 JF (RS) |
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** |
| vs. | |
| COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON; 10 UNKNOWN CORRECTION OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED BY THE SANTA CRUZ SHERIFF'S DEPARTMENT, | **Current CMC:**     September 5, 2008 |
| Defendants. | |

The parties, by and through their counsel of record, hereby agree and stipulate to continue the date of the case management conference in the above referenced matter from September 5, 2008 to October 31, 2008, at 10:30 a.m., in Courtroom 3, 5th Floor, of the courthouse at 280 South First Street, San Jose, California, 95113.

This is the second request for a continuance of the case management conference. Good cause exists for this second continuance because the parties have had difficulty obtaining release

1

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Stipulation And Request For Order Continuing Date For Case Management Conference

1  of all of the plaintiff Carl Matthes' medical records. The parties are attempting to schedule a

2  settlement conference with Judge Seeborg, and the agreed date for the settlement conference is

3  now September 12, 2008.

4      Mr. Matthes is claiming denial of medical care while in custody at the Santa Cruz

5  County Jail. His medical history is extensive and complex. He has on-going medical care at

6  Stanford Medical Center that includes a request for a liver transplant. Receipt of the Stanford

7  records is important to an analysis of plaintiff's claims. The request for the records of Stanford

8  Medical Center has been pending since April 29, 2008.

9      Plaintiff's counsel, Kate Wells, is unavailable the month of August for a settlement

10  conference.

11      The next available settlement conference date on Judge Seeborg's calendar that also

12  accommodates Ms. Wells, defense counsel, and necessary risk management representatives for

13  the County of Santa Cruz defendants is September 12, 2008.

14      The additional brief continuance of the next case management conference will allow the

15  parties time to complete an appropriate assessment of the medical claims and defenses, and

16  therefore have a meaningful settlement conference with Judge Seeborg.

17  Dated: July 3, 2008            LAW OFFICE OF KATE WELLS

18

19                                       By:   /s/ Kate Wells*

20                                           Kate Wells
                                           Attorney For Plaintiff
                                           *Ms. Wells provided her consent that this

21                                             Stipulation be filed

22  Dated: July 3, 2008            HAAPALA, THOMPSON & ABERN, LLP

23

24                                     By:   /s/ Clyde A. Thompson
                                         Clyde A. Thompson

25                                           Attorneys For Defendants
                                         COUNTY OF SANTA CRUZ, SHERIFF STEVE

26                                           ROBBINS, LT. ROBERT PAYNE and
                                         LT. CRAIG WILSON

27

28  /

2

*Matthes v. County of Santa Cruz, et al.*/Case #C07-05559 JF (RS)
Stipulation And Request For Order Continuing Date For Case Management Conference

**ORDER**

GOOD CAUSE appearing therefor, it is hereby ordered that the date for the case management conference is continued from September 5, 2008 to October 31, 2008.

Dated: 7/8/08

_____
Honorable Jeremy Fogel
Judge Of The United States District Court

3

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Stipulation And Request For Order Continuing Date For Case Management Conference