**\*E-FILED\***
**July 15, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MATTHES, | No. C 07-05559 (RS) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By written requested dated July 8, 2008, defendants Steve Robbins, Robert Payne and Craig Wilson, through their counsel, Clyde A. Thompson, requested that they be excused from personally appearing at the settlement conference scheduled for September 12, 2008. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Steve Robbins, Robert Payne and Craig Wilson be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on September 12, 2008.

///

///

///

If the court concludes that the absence of these defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including Steve Robbins, Robert Payne and Craig Wilson.

IT IS SO ORDERED.

Dated: July 15, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Clyde A. Thompson    cthompson@htalaw.com, ldobbins@htalaw.com

Kate Wells    lioness@got.net

Dated: July 15, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*