**\*E-FILED\***
**September 11, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MATTHES, | No. C 07-05559 JF (RS) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **September 12, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **October 17, 2008 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated July 8, 2008, shall remain in effect.

1    The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 prior to the date set for settlement conference.

4 Dated:   September 11, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Clyde A. Thompson    cthompson@htalaw.com, ldobbins@htalaw.com

Kate Wells    lioness@got.net


Dated: September 11, 2008

                      CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                      By:    /s/ *BAK*

3