Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570

**E-Filed 9/1/2009

Attorneys For Defendants
COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS,
LT. ROBERT PAYNE and LT. CRAIG WILSON

KATE WELLS, State Bar 107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California  95062
Tel:    (831) 479-4475
Fax:    (831)  479-4476

Attorney for Plaintiff, CARL MATTHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CARL MATTHES, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SANTA CRUZ; SHERIFF STEVE ROBBINS; LT. PAYNE; LT. WILSON; 10 UNKNOWN CORRECTION OFFICERS AND OTHER PERSONNEL AT THE SANTA CRUZ COUNTY JAIL EMPLOYED BY THE SANTA CRUZ SHERIFF'S DEPARTMENT, <br><br> Defendants. | Case No.: C07-05559 JF (RS) <br><br> **STIPULATION and Proposed Order TO EXTEND TIME TO COMPLETE FACT DISCOVERY, DISCLOSE EXPERTS AND COMPLETE EXPERT DISCOVERY** <br><br> Trial Date:    May 23, 2010 |

The parties, by and through their counsel of record, hereby agree and stipulate to extend the time to complete fact and expert discovery. Plaintiff's counsel has recently had to address serious health concerns that prevented her from completing necessary fact and expert discovery. The parties request the following short extensions of time that will not adversely affect the trial schedule or any other scheduling deadlines.

/

1

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Stipulation And Request For Order Continuing Date For Case Management Conference

1  Completion of fact discovery is now on August 31, 2009. The parties request this
2  deadline be extended by two weeks to September 14, 2009.
3  Expert witness disclosure is now scheduled for September 30, 2009. The parties request
4  this deadline be extended 30 days to October 30, 2009.
5  Completion of expert witness discovery is now scheduled on October 30, 2009. The
6  parties request this deadline be extended 30 days to November 30, 2009.

7
8  Dated: August __, 2009           LAW OFFICE OF KATE WELLS
9
10           By: /s/ Kate Wells*
             Kate Wells
11           Attorney For Plaintiff
             *Ms. Wells provided her consent that this
12           Stipulation be filed

13  Dated: August 28, 2009          HAAPALA, THOMPSON & ABERN, LLP
14
15           By: /s/ Clyde A. Thompson
             Clyde A. Thompson
16           Attorneys For Defendants
             COUNTY OF SANTA CRUZ, SHERIFF STEVE
17           ROBBINS, LT. ROBERT PAYNE and
             LT. CRAIG WILSON
18

19  **ORDER**

20  GOOD CAUSE appearing therefor, it is hereby ordered that the date for completion of
21  fact discovery is extended to September 14, 2009, the time for expert witness disclosure is
22  extended to October 30, 2009, and the time for completion of expert discovery is extended to
23  November 30, 2009.
24  Dated: Sept. 1, 2009

                                    _____
                                    Honorable Jeremy Fogel
                                    Judge Of The United States District Court

*Matthes v. County of Santa Cruz, et al.*/Case #C07-05559 JF (RS)
Stipulation And Request For Order Continuing Date For Case Management Conference

*(Left margin: Haapala, Thompson & Abern LLP, Attorneys At Law, Park Plaza Building, 1939 Harrison St, Suite 800, Oakland, California 94612, Telephone: 510-763-2324, Facsimile: 510-273-8570)*

2