1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS,
6  LT. ROBERT PAYNE and LT. CRAIG WILSON

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10 | CARL MATTHES,                              ) Case No.: C07-05559 JF (RS)
                                                )
11 |         Plaintiff,                         )
                                                ) **STIPULATION AND [PROPOSED]**
12 |   vs.                                      ) **ORDER OF DISMISSAL WITH**
                                                ) **PREJUDICE OF DEFENDANTS**
13 | COUNTY OF SANTA CRUZ; SHERIFF              ) **COUNTY OF SANTA CRUZ, SHERIFF**
     STEVE ROBBINS; LT. PAYNE; LT.              ) **STEVE ROBBINS, LT. ROBERT PAYNE,**
14 | WILSON; 10 UNKNOWN CORRECTION              ) **LT. CRAIG WILSON**
     OFFICERS AND OTHER PERSONNEL AT            )
15 | THE SANTA CRUZ COUNTY JAIL                 )
     EMPLOYED BY THE SANTA CRUZ                 )
16 | SHERIFF'S DEPARTMENT,                      )
                                                )
17 |         Defendants.                        )
                                                )

18

19      IT IS HEREBY STIPULATED by and between Plaintiff CARL MATTHES, and

20 defendants COUNTY OF SANTA CRUZ, SHEFIFF STEVE ROBBINS (Retired), LT.

21 ROBERT PAYNE, and LT. CRAIG WILSON by and through their counsel, that the above-

22 captioned action be and hereby is voluntarily dismissed with prejudice pursuant to FRCP

23 41(a)(1), for the parties' mutual waiver of costs and attorneys' fees.

24      IT IS FURTHER STIPULATED by and between Plaintiff and Defendant COUNTY OF

25 SANTA CRUZ, through their designated counsel, that the above-captioned action be and hereby

26 is dismissed with prejudice as to the Defendant COUNTY OF SANTA CRUZ pursuant to

27 FRCP 41 (a)(2).

28 /

1

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County Of Santa Cruz,
Sheriff Steve Robbins, Lt. Robert Payne, Lt. Craig Wilson

The parties shall be responsible for their own court costs and attorney fees.

Dated: December 4, 2009

                        LAW OFFICES OF KATE WELLS

                        By:  */s/ Kate Wells
                              Kate Wells
                              Attorneys for Plaintiff
                              CARL MATTHES
                              *Ms. Wells provided her verbal consent that
                              this document be electronically filed

Dated: December 4, 2009

                        HAAPALA, THOMPSON & ABERN, LLP

                        By:  /s/ Clyde A. Thompson
                              Clyde A. Thompson
                              Attorneys For Defendants
                              COUNTY OF SANTA CRUZ, SHERIFF STEVE ROBBINS, LT. ROBERT PAYNE, LT. CRAIG WILSON

## **ORDER**

The Court having considered the Stipulation of the parties, the entire action is hereby dismissed with prejudice.

Dated: 12/8/09

                              *[signature]*
                              Honorable Jeremy Fogel
                              Judge of The U. S. District Court
Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

*Matthes v. County of Santa Cruz, et al./*Case #C07-05559 JF (RS)
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County Of Santa Cruz, Sheriff Steve Robbins, Lt. Robert Payne, Lt. Craig Wilson